# CASES AFFIRMED BY PER CURIAM ORDER DURING THE JANUARY TERM, 1916

M. P. Metcalf, Appellant, v. J. C. Holman and W. C. Holman, co-partners under the firm name and style of J. C. & W. C. Holman, Appellees.

Filed January 11, 1916.

Appeal from Circuit Court, Calhoun County; D. J. Jones, Judge.

Decree affirmed.

*J. M. Calhoun* and *Milton Pledger,* for Appellant;

*Paul Carter,* for Appellees.

---

James Bagley, by J. A. Houston, his next friend, and Rebecca Hall, appellants, v. Wm. E. Pickett, Appellee.

Filed January 11, 1916.

Appeal from Circuit Court, Duval County; Daniel A. Simmons, Judge.

Decree affirmed.

*McGill & McGill,* for Appellants;

*Marion & Waybright,* for Appellee.